IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
               FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

        v.     Criminal Case No. 96-50017-001

**DENNIS CORDES**                                               **DEFENDANT**

                      **O R D E R**

   Now on this 15th day of December, 2011, come on for consideration

   *   defendant's **Application To Proceed In District Court Without Prepaying Fees Or Costs** (document #107);

   *   **Magistrate Judge's Report And Recommendation** (document #108); and

   *   document #110, construed as objections to the Report And Recommendation.

   The Court has considered these documents, and finds that the Report And Recommendation is sound in all respects, and should be adopted *in toto*.  Defendant's objections are without merit, consisting of frivolous arguments that have already been rejected, and will be overruled.  The Application will be denied.

   **IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** (document #108) is **adopted in toto.**

   **IT IS FURTHER ORDERED** that defendant's objections to the Magistrate Judge's Report And Recommendation (document #110) are **overruled.**

   **IT IS FURTHER ORDERED** that defendant's **Application To Proceed**

**In District Court Without Prepaying Fees Or Costs** (document #107) is **denied**.

**IT IS SO ORDERED.**

/s/ Jimm Larry Hendren
**JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**